UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-80671-MARRA

HOWARD COHAN,

    Plaintiff,

vs.

BELVEDERE ACQUISITION, LLC
d/b/a PALM BEACH INTERNATIONAL TOWERS,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the Plaintiff Howard Cohan's notice of voluntary dismissal without prejudice filed September 14, 2020 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [DE 8]. Upon consideration it is **ORDERED AND ADJUDGED**:

1. Pursuant to voluntary notice of dismissal submitted by the Plaintiff Howard Cohan [DE 8], this action is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of the Court is directed to enter this case as **CLOSED** and terminate any pending motions as **MOOT.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 15th day of September 2020.

                                KENNETH A. MARRA
                                United States District Judge

cc. All counsel